**No. 09-11437. James Edwards, Petitioner v. Pennsylvania.**

562 U.S. 880, 131 S. Ct. 198, 178 L. Ed. 2d 119, 2010 U.S. LEXIS 7018.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 981 A.2d 917.